Eugene Tatar *et al.*, Plaintiffs-Appellees, *v.* Sophie Szerlong, Defendant-Appellant.

(No. 61570; )

First District (3rd Division)—July 17, 1975.

Opinion by Mr. JUSTICE McNAMARA.

Edward Bartosch, of Chicago (Harry G. Fins, of counsel), for appellant.

No brief filed for appellee.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Alexander Herron, Defendant-Appellant.

(No. 60370; )

First District (1st Division)—July 21, 1975.